IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL WINFIELD,

    Petitioner,                    No. CIV S-10-1626 EFB P

    vs.

RICHARD PARKS, et al.,

    Respondents.                 ORDER

_____/

    Petitioner, a prisoner without counsel, has filed a petition for a writ of habeas corpus. *See* 28 U.S.C. § 2254.

    A petitioner seeking a writ of habeas corpus either must pay the $5.00 filing fee, *see* 28 U.S.C. § 1914(a), or request leave of court to proceed *in forma pauperis*, 28 U.S.C. § 1915(a). Petitioner has neither paid the fee nor submitted an application for leave to proceed *in forma pauperis*.

    On July 15, 2010, the court ordered petitioner to submit either the filing fee or the application required by section 1915(a) within 30 days, and warned petitioner that his failure to comply with this order would result in a recommendation that this action be dismissed. On August 5, 2010, petitioner filed a letter stating that he had tried to get the certificate filled out but was "having a hard time." The court construes petitioner's letter as a request for an extension of

1

1  time, and grants petitioner an additional 30 days to comply with the court's July 15, 2010 order.

2  Accordingly, it is hereby ORDERED that:

3  1. Within 30 days of the date of this order, petitioner must submit either the filing fee or
4  the application required by section 1915(a); and

5  2. The Clerk of the Court is directed to mail to petitioner another form application for
6  leave to proceed *in forma pauperis*.

7  DATED: September 2, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE