IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL WINFELD,

      Petitioner,                  No. CIV S-10-1626 EFB P

   vs.

RICHARD PARKS, et al.,

      Respondents.          ORDER

_____/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. He seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915. Examination of the *in forma pauperis* affidavit reveals that petitioner is unable to afford the costs of suit.

      A petitioner seeking a writ of habeas corpus must name as respondent the person having custody over him. 28 U.S.C. § 2242; Rule 2(a), Rules Governing Section 2254 Cases. This person ordinarily is the warden of the facility where petitioner is confined. *See Stanley v. California Supreme Court*, 21 F.3d 359, 360 (9th Cir. 1994). Petitioner names as respondents Richard Parks, Lawrence Smith, and Jan Scully, who do not have custody over petitioner. Petitioner has not named the proper respondent.

////

1

1     Petitioner has also filed a document styled "Motion for Dr. Trocoso to stand trial."
2 Petitioner states that this doctor is violating his constitutional rights by forcing psychotropic
3 drugs on him, which he is allergic to. His claim may not be brought in this habeas action. *See*
4 Rule 1, Section 2254 Cases (a petition for a writ of habeas corpus [may be brought by] a person
5 in custody under a state-court judgment who seeks a determination that the custody violates the
6 Constitution). Petitioner is advised that in order to seek redress for the violation of his
7 constitutional rights by a state actor, he may file a separate lawsuit under 42 U.S.C. §1983.
8     Accordingly, it is ORDERED that:
9     1. Petitioner's request for leave to proceed *in forma pauperis* is granted;
10    2. Petitioner's motion for Dr. Trocoso to stand trial is denied; and,
11    3. The June 25, 2010 petition is dismissed with leave to file an amended petition naming
12 the proper respondent within 30 days of the date of this order. Petitioner's failure to file an
13 amended petition will result in a recommendation that this action be dismissed without prejudice.
14 The Clerk of the Court is directed to send to petitioner the form Petition for a Writ of Habeas
15 Corpus used in this court.
16 Dated: November 17, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2